United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON BALMER, | § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-00498 |
| SMART POOL SERVICES, LLC, | § § § § | |
| Defendant. | | |

### ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Joint Stipulation of Dismissal with prejudice (Dkt. No. 21), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on September 30, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1